**John LIVESAY, Plaintiff–Appellant,**

v.

**W.O. WARD, Medical Doctor, Defendant–Appellee,**

and

**Riverside Regional Jail; Darnley Hodge, Superintendent, Defendants.**

**No. 01–6742.**

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

John Livesay, pro se. Michael Paul Falzone, John Kenneth Byrum, Jr., Chandra Dore Lantz, Hirschler, Fleischer, Weinberg, Cox & Allen, Richmond, VA, for appellee.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

John Livesay appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Livesay v. Ward,* No. CA–98–1351–2 (E.D.Va. Mar. 28, 2001). We deny Livesay's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*